FILED
Charlotte
Jul 24 2026
U.S. District Court
Western District of N.C.

RECEIVED
**UNITED STATES MARSHAL**
**3:52 pm, Feb 23 2026**
**WESTERN NORTH CAROLINA**
**CHARLOTTE**

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v. | ) ) ) ) ) ) | 
| David Allen Capri<br>*Defendant* | |

Case No.   0419 5:18CR00045

# ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  David Allen Capri ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☒ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:  See Petition for Warrant.

Signed: February 23, 2026

City and state:      Asheville, NC

W. Carleton Metcalf
United States Magistrate Judge

| Return |
|---|

This warrant was received on *(date)* 2-23-26 , and the person was arrested on *(date)* 7-24-26
at *(city and state)* Charlotte, NC .

Date: 7-24-2026

_____
*Arresting officer's signature*

M. Suk.s / DUSM
*Printed name and title*